CASE CLOSED

Jason B. Lattimore
**The Law Office Of**
**JASON B. LATTIMORE, ESQ. LLC**
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: (973) 998-7477
Facsimile: (973) 264-1159
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOEN INCORPORATED, <br><br> Defendant. | Case No: 2:16-cv-07738-MCA-LDW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Interlink Products International, Inc., and Defendant, Moen Incorporated, through their respective undersigned counsel of record, that all claims asserted in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| s/ Jason B. Lattimore | s/ Arnold B. Calmann |
| Jason B. Lattimore | Arnold B. Calmann (abc@saiber.com) |
| JASON B. LATTIMORE, ESQ. LLC | Katherine Escanlar (kescanlar@saiber.com) |
| 55 Madison Avenue, Suite 400 | Monvan Hu (mhu@saiber.com) |
| Morristown, NJ 07960 | **SAIBER LLC** |
| Tel.: (973) 998-7477 | One Gateway Center |
| Fax: (973) 264-1159 | 10th Floor, Suite 1000 |
| Jason@LattimoreLaw.com | Newark, NJ 07102-5311 |
| | Phone: (973) 622-3333 |
| *Attorney for Plaintiff* | Fax: (973) 286-2465 |
| Dated: February 21, 2017 | *Attorneys for Defendant Moen Inc.* |
| | Dated: February 21, 2017 |

SO ORDERED: _____  2/27/17
HON. MADELINE COX ARLEO, U.S.D.J.